UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

              Plaintiff,

-vs-                                 Case No. 16-cr-20582
                                 Hon. Laurie J. Michelson


JENNIFER COOKE (D-3),

              Defendant.
_____

### ORDER TO EXTEND DATE TO FILE OBJECTIONS TO PRESENTENCE REPORT


      IT IS HEREBY ORDERED that the time in which the defendant may file objections to

the presentence report shall be extended to October 10, 2018.


Date:  September 28, 2018           s/Laurie J. Michelson_____
                                      Hon. Laurie J. Michelson
                                      DISTRICT COURT JUDGE