UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                          Plaintiff,

v.                                              Case No. 2:16–cr–20582–LJM–MKM
                                                Hon. Laurie J. Michelson

Jennifer Cooke, et al.,

                          Defendant(s),

_____

### NOTICE TO APPEAR

   The following defendant(s) are hereby notified to appear:  Jennifer Cooke

   The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

   • SENTENCING:  January 28, 2019 at 10:00 AM

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          By: s/W. Barkholz_____
                              Case Manager

Dated:  January 8, 2019